# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158879(19)

AUTO-OWNERS INSURANCE COMPANY,
        Plaintiff-Appellant,

v

JULIE SHAFFER and TODD J. BUNNELL,
Trustee of the BUNNELL LIVING TRUST,
        Defendants-Appellees.

SC: 158879
COA: 343841
Kalamazoo CC: 17-000293-CK

_____/

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its replies is GRANTED. The replies submitted on February 12, 2019, are accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2019



Clerk